# **EXHIBIT 16**

To be Provided in Camera